IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICKY KIRBY,

        Plaintiff,                    No. CIV S-08-0357 MCE DAD P

    vs.

JIM DENNY, et al.,

        Defendants.         <u>ORDER</u>

_____/

        Plaintiff is a state prisoner proceeding pro se and in forma pauperis. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983. By order filed April 11, 2008, plaintiff's complaint naming as defendants Sheriff Jim Denny, M.T.A. Robert Leal, District Attorney Carl Adams, and Captain McElfresh was dismissed with leave to amend. Plaintiff has filed an amended complaint naming as the sole defendant Dr. Zill.

        Plaintiff's amended complaint appears to state cognizable claims for relief pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b). If the allegations of the amended complaint are proven, plaintiff has a reasonable opportunity to prevail on the merits of this action.

/////

/////

Accordingly, IT IS HEREBY ORDERED that:

1. Service of the amended complaint is appropriate for defendant Zill.

2. The Clerk of the Court shall send plaintiff one USM-285 form, one summons, an instruction sheet, and a copy of the amended complaint filed May 27, 2008.

3. Within thirty days from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit all of the following documents to the court at the same time:

    a. The completed, signed Notice of Submission of Documents;

    b. One completed summons;

    c. One completed USM-285 form for the defendant listed in number 1 above; and

    d. Two copies of the amended complaint filed May 27, 2008.

4. Plaintiff shall not attempt to effect service of the amended complaint on the defendant or request a waiver of service of summons from the defendant.  Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendant pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

5. The Clerk of the Court is directed to amend the docket to reflect that Dr. Zill is the sole defendant in this action.

DATED: June 4, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
kirb0357.1am

2

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICKY KIRBY,

      Plaintiff,                    No. CIV S-08-0357 MCE DAD P

    vs.

JIM DENNY, et al.,               NOTICE OF SUBMISSION

      Defendant.              OF DOCUMENTS

_____/

      Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

      ____ one completed summons form;

      ____ one completed USM-285 form; and

      ____ two true and exact copies of the amended complaint filed May 27, 2008.

DATED: _____.

                                                        _____

                                                        Plaintiff