# MINUTES

CASE NUMBER: 2:08-CV-00357DAE-LEK(PC)

CASE NAME: Ricky Kirby vs. J. Zil, M.D.

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

JUDGE: Leslie E. Kobayashi          REPORTER:

DATE: 02/02/2010                    TIME:

COURT ACTION: EO: COURT ORDER REGARDING PLAINTIFF'S REQUEST

The Court is in receipt of a request from Plaintiff Ricky Kirby ("Plaintiff"), filed on January 27, 2010 ("Request"). The Request states that the C.D.C.&R. has lost all of his paperwork for this case. The Request also expresses Plaintiff's willingness to close the case if defense counsel will provide the necessary paperwork and if no costs will be imposed against Plaintiff. The Request does not seek any court action except to forward the Request to Defendant John S. Zil, M.D. The Request has already been served on defense counsel via cm/ecf. No further action is required.

However, in light of the fact that Plaintiff no longer has access to his case materials, this Court DIRECTS the Clerk's Office to provide Plaintiff with a copy of this Court's Findings and Recommendation to Grant Defendant's Motion for Summary Judgment, filed on January 21, 2010 ("F&R"). This Court also GRANTS Plaintiff an extension of time to file any objections to the F&R. Any objections to the F&R must be filed by no later than **Thursday, February 25, 2010**. Any response to the objections must be filed by no later than **Thursday, March 11, 2010**.

IT IS SO ORDERED.

Submitted by: Warren N. Nakamura, Courtroom Manager