IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Ricky Kirby, | ) | Civil No. 2:08-00357 DAE-LEK |
| Plaintiff, | ) | |
| vs. | ) | |
| John S. Zil, M.D., | ) | |
| Defendant. | ) | |

**ORDER DENYING PLAINTIFF'S MOTION FOR**
**APPOINTMENT OF COUNSEL, FILED AUGUST 3, 2009**

    Before the Court is Plaintiff Ricky Kirby's ("Plaintiff") Motion to Appoint Counsel and Trial Date ("Motion"), filed August 3, 2009. For the reasons stated in this Court's March 24, 2009 Order Denying Plaintiff's Motion for Appointment of Counsel, etc., Plaintiff's request for the appointment of counsel is HEREBY DENIED.

    The Motion also argued that the case should be set for trial. Defendant John S. Zil, M.D. ("Defendant") filed a Motion for Summary Judgment on June 12, 2009. On January 21, 2010, this Court issued its Findings and Recommendations to Grant Defendant's Motion for Summary Judgment ("F&R"). If the district judge adopts the F&R, a trial will not be necessary. If the district judge does not adopt the F&R and denies Defendant's Motion for Summary Judgment, this case will be set for trial in the ordinary course. Plaintiff's request for a trial date is

therefore DENIED WITHOUT PREJUDICE.

IT IS SO ORDERED.

DATED AT HONOLULU, HAWAII, March 10, 2010.

    /S/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States Magistrate Judge

**RICKY KIRBY V. JOHN S. ZIL, M.D.; CIVIL NO. 2:08-00357 DAE-LEK; ORDER DENYING PLAINTIFF'S MOTION FOR APPOINTMENT OF COUNSEL, FILED AUGUST 3, 2009**